United States District Court
Southern District of Texas
FILED

DEC 11 2014

David J. Bradley, Clerk of Court

517 Tainted Holy Agent Angel Cesar
9/9/87

Lord Cesar manuel Gracia-Treviño
Grace Uni Unici The World Leader Saint Angels Pure Holy Larkilimi Heaven Creamotory
am Lord Jessus Christ tainted I am Chubi Bo
El Negro am El Cacaguate am Angel Sombri
am Nature Herb Bo Bi am The massiah am
pure Nut Holy and all Saint Purity Angels am Angel
(Enter above the full name of the
plaintiff or plaintiffs in this action.)

United States District Court
For the Southern District of Texas
Brownsville Division

Tainted Holy Agent Angel is Angel maria Black Gracia
Grace Uni VS Unici 517 Tainted Holy Agent Angel
Abba Father Jiova God GraceUni Unici
and his evil spirits Satanic Cannibal demon
devil Bold Satan and Evil Soul Lady Lucifer
and Sanders Jones and Sarcundos Jimenez
(Enter above the full name of the involved
plaintiff or plaintiffs in this action.)
Defendent  human eaters

B-14-259

CIVIL ACTION NO. _____

COMPLAINT FOR CIVIL RIGHTS PURSUANT TO 42 USC § 1983
(For Use in Prisoner Litigation)

NOTE: The Clerk will not file your complaint unless it conforms to these forms and the instructions for filing which you were provided. Consult the instructions as you prepare your complaint.

DO NOT leave any blanks on these forms. If an item is not applicable, state so or write "N/A." Be aware that you may be subject to penalties or sanctions by the Court (such as dismissal and assessment costs) for perjury.

---

I. PREVIOUS LAWSUITS
   A. Have you ever begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?
      YES { ✓ } NO { }  SINCE 1996
   B. Have you ever begun other lawsuits in state or federal court relating to your conditions of confinement?
      YES { } NO { }
   C. If you answer yes to A or B is yes, describe each lawsuit in the space below. (If more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   against sanders Jones Angelico Purificado
Page 1   sanders Jones Grace and Ofelio Lamar sanders
   Jones and Joseph Allen Wayne Jones
   Dept of Defense of America since 1997

1. Parties to this previous lawsuit
   Plaintiffs: True Holy Pure Loyal & Faithfull Angels and Saint Angels since time of time
   Defendants: Jioua Dios

   Court (if federal court, name the district; if state court, name the county): Globaly

2. Docket number: N/A

3. Name of judge to whom case was assigned: N/A

4. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): Out of court settlements against the Sanders Jones

5. Approximate date of filing lawsuit: N/A Exact date 1996

6. Approximate date of disposition: N/A

Use additional page(s) for other lawsuits. Provide the same type of information as you did above for each.

II  PLACE OR INSTITUTION WHERE THIS COMPLAINT OCCURRED: _____

A. Is there a prisoner grievance procedure in this institution?
   Yes{✓}  No{ }  N/A{ }

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?  Yes{✓}  No{ }

C. If your answer is YES: filed directly to federal Government Courts
   1. What steps did you take:
   2. What was the result? State True facts on all 23 law suits with help and won all without my knoledge till now currency awarded stolen by Sanders Jones

D. If your answer is NO, explain why not:

E. If you are an inmate in the Texas Department of Corrections and your complaint relates to your confinement there, have you interviewed with an attorney from the Inmate Legal Services Project of the State Bar of Texas?
   Yes{ }  No{✓} Abba Father Jioua Dios and Sanders Jones

F. If your answer is NO, explain why not: Since 4 octillion years and so on

Page 2

III. Parties To This Lawsuit   Lord Cesar Manuel Gracia Treviño Grace Uni Unici Since time of time

A. Name of Plaintiff: The World Leader and Saint Angels
Inmate Number: 465•45•8962 and 9/9/87 Ex convict
Institution / Unit of Confinement: Planet Earth
Address: Globe 84 West Armstrong court Brownsville Texas U.S.A.

B. Additional Plaintiff(s) (if any). In this space, provide the same type of information as requested in "A" above.

All True Pure Holy Loyal Faithfull Angels $

C. Name of Plaintiff: Lord Cesar Manuel Gracia Treviño Grace Uni Unici
Official Position (employed as): The Department of Defenses owner Globally
Place of Employment: World Leader
Address for service: 84 Armstrong court Brownsville Texas USA.

D. Additional Defendants (if any):
Name of Defendant: Jiova God
Official Position (employed as): Wicked and Evilness on Mother Earth
Place of Employment: Earth and since time of time
Address for service: N/A

Name of Defendant: ___
Official Position (employed as): ___
Place of Employment: ___
Address for service: ___

Use additional page to list other defendants. Provide the same type of information as you did above for each.

All human eaters Intentionaly Sanders Jones and Jimenez Sarcundos involved

IV Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

New Cycle Began 4 octillion years ago 245 Thousand True Pure Holy Angels Loyal Faithfull of Chubi Bo and Bubo Bo is Angel maria Gracia Grace Uni Unici mrs. Blackbon - Earth Saint Angels and Graci Saint Angels all Deceaved Eaten orally cannabalism castrated raped physicly sodomized physicly and spirit and mentaly None and physical

Page 3

Additional space for "Statement of Claim":

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Condemnation to the Creamatory a command

VI. VERIFICATION (Must be provided by each plaintiff.)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____        _____
                    (Date)                        (Signature of Plaintiff)

Page 4

vs Defendants

Abba Father Jiova God Grace Uni Unici is Papi Papa Old man, Sir on Earth is ~~Ezikiel~~ Ernesto Ezikiel Castro Treviño De Gracia is Father Ernesto Abelardo De Gracia Graci Un Padre Jiova is Rodolfo Gracia Treviño Deceaver of all ~~truth~~ lies his Evil Spirits Bold Satan is Larkin Osmo Piki is Angelico Purificado Sanders Jones Grace is Manuelito Angelico Bestamantes Purisimo Sanders Jones is Oscar Jimmy Andres Kimmik Cuppit Sanders Jones is Osiel Leal Jimenez Ortiz ~~Can Ba~~ Lark Can ba- and Evil Soul Lady Lucifer is Sarma Leon Larm is Mother Saint Mary Artunckle Grace is Ofelio Lamar Sanders Jones is Monica San Juana Villareal Paray Leal Jimenez Evil Soul of Jiova God and the Sanders Jones and Jimenez Sarcundos family human Eaters ~~Abba Father~~ Jiova God Grace Uni Unici has been ally the Kings of all since time of time even ~~King Pipi Loman~~ King Bold Satan is King Pipi Loman

IV Statement of Claim
Case 1:14-cv-00259 Document 1 Filed in TXSD on 12/11/14 Page 6 of 6
Case 1:14-cv-00201 Document 1 Filed in TXSD on 10/07/14 Page 4 of 6

with chemicals and. Invadeing our Holy Temple bodily flesh by Evil Spirits 517. 217 Law. The Ten Commenments sins against all human Angels and reproduceing of Angels with out our knoledge and cannibalism against us victims. Theft. Burglary Trasspassing of all in mankind Angels. Home Invasion and look a likes of us all Angels by Skinning our skin and all our bodily organs and even Nature and Nature Animals ever to exist and sorrounded by Satanic creatures on Earth Water Universe Extra Terrestial creatures since the time of time and pulluting all in existance except True Pure Holy Paradise Heaven since the time of time and stealing our Identities and Child molestations and Fornication Automobile Theft. Falsifying Documents and Cannibalism of Enterprises Gracia Enterprises and ~~Gracia G~~ same owner Gracia Grace Uni Unici Enterprise 10-million companies Globally in Gracia Enterprise and 4-million companies in Gracia Grace Uni Unici Enterprise most well famous common names Companies Globally and even tampering with the Universe and Past and Future. Violations of Human Rights and Amendment Rights. Human Slavey Law Corruption